**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00252-REB-03

UNITED STATES OF AMERICA,

  Plaintiff,

v.

3. Lino Guitran-Gonzalez,

  Defendant.

## ORDER EXONERATING BOND

  This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

  Dated May 2, 2011, at Denver, Colorado.

               **BY THE COURT:**

               *Bob Blackburn*
               Robert E. Blackburn
               United States District Judge